UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| A.G. individually and on behalf of her child P.D., a minor,<br><br>                        Plaintiff,<br><br>          v.<br><br>New York City Department of Education,<br><br>                        Defendant. | No. 24-CV-2705 (RA)<br><br>ORDER AND NOTICE<br>OF INITIAL CONFERENCE |

RONNIE ABRAMS, United States District Judge:

      As agreed at today's conference, Plaintiff's motion shall be filed no later than April 4, 2025. Defendant's opposition shall be filed by May 6, 2025. Plaintiff's reply, if any, is due by May 29, 2025. The parties have agreed to waive submission of a Rule 56.1 Statement, and the Court has approved the waiver.

SO ORDERED.

Dated:    February 28, 2025
             New York, New York

                                                    Ronnie Abrams
                                                    United States District Judge